UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| JAMIE ALLEN MACKEY, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:11-cv-03156-KOB-HGD |
| BILLY MITCHEM, Warden, and ) | |
| THE ATTORNEY GENERAL ) | |
| OF THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

### **MEMORANDUM OPINION**

On September 12, 2011, the magistrate judge's report and recommendation was entered and the parties were allowed fourteen days in which to file objections to the recommendations made by the magistrate judge. After being afforded an extension of time in which to do so, petitioner filed objections to the magistrate judge's report and recommendation on September 23, 2011.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections in which he argues that the magistrate judge misconstrued the law and facts, the court hereby ADOPTS the report

of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 30th day of September, 2011.

                                              _____
                                              KARON OWEN BOWDRE
                                              UNITED STATES DISTRICT JUDGE